**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK HALLER,<br><br>              Plaintiff,<br><br>    vs.<br><br>SAN BERNARDINO COUNTY<br>SHERIFF'S OFFICE, ET AL.,<br><br>              Defendants. | CASE NO. ED CV 11-00544 SVW (RZ)<br><br>ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the First Interim Report.

DATED: August 5, 2011

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE