O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK HALLER,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>P. CASAS, SHERIFF OFFICER FOR SAN BERNARDINO COUNTY,<br><br>　　　　　　　Defendant. | CASE NO. ED CV 11-00544 SVW (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts it as its Statement of Uncontroverted Facts and Conclusions of Law.

DATED: 11/26/13

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE