O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK HALLER,<br><br>                Plaintiff,<br><br>    vs.<br><br>P. CASAS, SHERIFF OFFICER FOR SAN BERNARDINO COUNTY,<br><br>                Defendant. | CASE NO. ED CV 11-00544 SVW (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge and adopting the Report and Recommendation as its Statement of Uncontroverted Facts and Conclusions of Law,

IT IS ORDERED AND ADJUDGED that Plaintiff have and take nothing by his Complaint and that the action is dismissed with prejudice.

DATED: 11/26/17

                                            STEPHEN V. WILSON<br>                                            UNITED STATES DISTRICT JUDGE